UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLIN PAUL SUTHERLAND,

               Plaintiff,

    -against-

SECURITIES AND EXCHANGE
COMMISSION ("SEC"); CITADEL
SECURITIES LLC; VIRTU FINANCIAL
INC.; JANE STREET GROUP LLC;
SUSQUEHANNA INTERNATIONAL
GROUP LLP; INVESCO LTD.; JOHN DOES
1-100 MARKET MAKERS,

               Defendants.

25cv9422 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 26, 2025, order, this action is dismissed. The

Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would

not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    December 3, 2025
          New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
               Chief United States District Judge